**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VALERIE LUCAS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 03-2329 (JR) |
| NCR CORPORATION, | : |
| Defendant. | : |

**ORDER**

For the reasons stated in the accompanying memorandum, the defendant's motion for summary judgment [#24] is **granted.** Defendant's first motion for summary judgment [18] is **denied as moot.**

JAMES ROBERTSON
United States District Judge